AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
2015 JUN 18 PM 4:29

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:15 mj 209 |
| | ) | |
| JOHN DIXON | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of ____Montgomery____ in the ____Southern____ District of ____Ohio____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

SEE ATTACHMENT A

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Robert M. Buzzard*
Complainant's signature

SA ROBERT M. BUZZARD, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: June 18, 2015

City and state: DAYTON, OHIO

MICHAEL R. MERZ U.S. MAGISTRATE JUDGE
Printed name and title

## COUNT 1
**[21 U.S.C. § 846]**

Beginning on an exact date unknown but at least by in or around July 2013 and continuing up to and including on or about May 27, 2015, in the Southern District of Ohio, defendants DENZEL DIXON, EVAN DIXON, JOHN DIXON and GERALD PAYNE and others known and unknown, knowingly and intentionally conspired to knowingly and intentionally possess with intent to distribute and to distribute controlled substances, namely a mixture or substance containing a detectable amount of Heroin, a Schedule I controlled substance, and a mixture or substance containing a detectable amount of Cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

All in violation of 21 U.S.C. § 846.

## COUNT 2
**[18 U.S.C. §§ 924(c)(1)(A)(i) and 2]**

On or about April 27, 2015, in the Southern District of Ohio, defendants DENZEL DIXON, EVAN DIXON, JOHN DIXON and GERALD PAYNE knowingly possessed a firearm in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States -- namely, knowingly and intentionally conspiring to knowingly and intentionally possess with intent to distribute and to distribute a controlled substance, namely a mixture or substance containing a detectable amount of Heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

In violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and 2, and Pinkerton v. United States, 328 U.S. 640 (1946).