# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:15-mj-209 |
| -vs- | : | Magistrate Judge Michael R. Merz |
| | | Chief Magistrate Judge Sharon L. Ovington |
| JOHN DIXON, | : | |
| Defendant. | : | |

## ORDER CONTINUING BOND WITH SAME CONDITIONS

This case came before the Court on October 8, 2015 for a Pretrial Violation Hearing. Defendant admits violations #2 and #3, but denies violation #1 as set forth in the Pretrial Petition (Doc. #22 ). The Court finds Defendant in violation of conditions of his pretrial release, but declines to revoke his bond. The Court orders that Defendant, John Dixon, be released under the same conditions previously imposed.

October 13, 2015

                                                                                   s/Sharon L. Ovington
                                                                                      Sharon L. Ovington
                                                                     Chief United States Magistrate Judge